UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

B18W (rev 03/2006)

In Re:
  Ronald Eugene Hammond
      SSN: xxx–xx–1913   EIN: NA
      aka Ron E Hammond
  Pamela Sue Hammond
      SSN: xxx–xx–3755   EIN: NA
      aka Pamela Sue Skaggs
  Debtor(s)

Case Number:

**02–01970–AJM–13**

## DISCHARGE OF DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated:  June 06, 2006

JUDGE ANTHONY J. METZ III
U.S. BANKRUPTCY COURT

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts That are Not Discharged

Some of the common types of debts which are **NOT** discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;
b. Debts for most student loans;
c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);
f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;
g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;
h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and
i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0756-1          User: cathy              Page 1 of 1              Date Rcvd: Jun 06, 2006
Case: 02-01970                Form ID: b18w            Total Served: 30

The following entities were served by first class mail on Jun 08, 2006.
db         +Ronald Eugene Hammond,   8926 W Old Fort Road,   Fortville, IN 46040-9238
jdb        +Pamela Sue Hammond,   8926 W Old Fort Road,   Fortville, IN 46040-9238
3399480     American Family Insurance,   c/o Two Wells Avenue,   Newton, MA 02459
3515381    +BANK ONE, N.A.,   C/O LISA KOCH BRYANT,   718 W MAIN ST STE 201,   LOUISVILLE, KY 40202-2659
3399485     Citi Card,   P.O. Box 6404,   The Lakes, NV 88901-6404
3399486    +Consumer Credit Counseling,   615 N. Alabama St., #134,   Indianapolis, IN 46204-1477
3399487    +Dr. Douglas Peet,   8902 N. Meridian St., Ste. 139,   Indianapolis, IN 46260-5374
3399482     GE CAP CONS CARDCO; CLAIM ASSIGNED,   C/O ECAST SETTLEMENT CORP,   PO BOX 35480,
             NEWARK, NJ 07193-5480
3466884    +GTE,   C/O BASS & ASSOCIATES, PC,   3450 EAST SUNRISE DRIVE STE 150,   TUCSON, AZ 85718-3231
5412476    +Jonathan M. Brown,   Allen Wellman McNew,   PO Box 455, Five Courthouse Plaza,
             Greenfield, IN 46140-0455
3399488    +Kelly Skaggs,   PO Box 365,   Fortville, IN 46040-0365
3399489    +Madison County Treasurer,   16 East 9th Street,   Anderson, IN 46016-1598
3399490     Methodist Medical Group,   c/o Indiana Medical Network,   P.O. Box 66850,
             Indianapolis, IN 46266-6850
3399492    +NATIONAL CITY BANK,   C/O WELTMAN WEINBERG & REIS CO.,   525 VINE ST #800,
             CINCINNATI, OH 45202-3122
3399493    +NATIONAL CITY BANK OF INDIANA,   assigns to National Capital Management,
             8245 Tournament Drive, Ste 230,   Memphis, TN 38125-1741
3399494     Nuvell Credit Corporation,   C/O NUVELL FINANCILA SERVICES CORP,   PO BOX 7100,
             LITTLE ROCK, AR 72223-7100
3399495     SALLIE MAE,   PO BOX 4600,   WILKES BARRE, PA 18773-4600
3460305    +SMS/BANK ONE: CLAIM ASSIGNED TO,   C/O UNITED STUDENT AID FUNDS,   11100 USA PARKWAY,
             FISHERS, IN 46037-9203
3399496     Sears: Claim Assigned To,   C/O eCast Settlement Corp,   PO Box 35480,   Newark, NJ 07193-5480
3399497     Verizon,   PO BOX 630021,   Dallas, TX 75263-0021
The following entities were served by electronic transmission on Jun 07, 2006 and receipt of the transmission
was confirmed on:
cr         +Fax: 901-748-2299 Jun 07 2006 02:05:37     National Capital Management, LLC,
             8245 Tournament Drive, Ste. 230,   Memphis, TN 38125-1741
3399481    +EDI: CHASE.COM Jun 06 2006 21:45:00     Bank One,   8620 N 22nd AVE STE 108E 2047,
             PHOENIX, AZ 85021-4251
3399483     EDI: CAPITALONE.COM Jun 06 2006 21:45:00     Capital One,   P.O. Box 85015,
             Richmond, VA 23285-5015
3399484    +EDI: CAPITALONE.COM Jun 06 2006 21:45:00     Capital One Bank,   P.O. Box 85147,
             Richmond, VA 23276-0001
5416401    +E-mail: lbryant@att.net Jun 07 2006 04:31:37     Lisa Koch Bryant,   Foley Bryant & Holloway,
             718 W Main St Ste 201,   Louisville, KY 40202-2659
3399491    +E-mail: bncnotices@nationalcity.com Jun 07 2006 00:52:35     NATIONAL CITY BANK,   PO BOX 94982,
             CLEVELAND, OH 44101-4982
3547485     EDI: RESURGENT.COM Jun 06 2006 21:45:00     SHERMAN ACQUISITION, LP,
             C/O RESURGENT CAPITAL SERVICES,   PO BOX 10587,   GREENVILLE, SC 29603-0587
3399503    +EDI: AFNIVZWIRE.COM Jun 06 2006 21:45:00     Verizon Wireless,   Wayne White - President,
             26935 Northwestern Hwy Ste 100,   Southfield, MI 48034-8449
3399498    +EDI: AFNIVZWIRE.COM Jun 06 2006 21:45:00     Verizon Wireless,   Customer Services,
             PO BOX 105378,   Atlanta, GA 30348-5378
3399499     EDI: TSYS.COM Jun 06 2006 21:45:00     Wal-Mart,   P.O. Box 530928,   Atlanta, GA 30353-0928
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 08, 2006**          **Signature:** *Joseph Speetjens*