UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SF00350 (rev 09/2006)

In Re:
  Ronald Eugene Hammond
    SSN: xxx−xx−1913   EIN: NA
    aka Ron E Hammond
  Pamela Sue Hammond
    SSN: xxx−xx−3755   EIN: NA
    aka Pamela Sue Skaggs
  Debtor(s)

Case Number:
**02−01970−AJM−13**

## FINAL DECREE

The estate of the above−named debtors has been fully administered.

IT IS ORDERED THAT Robert A Brothers is discharged as trustee of the estate, and the chapter 13 case of the above−named debtors is closed.

Dated:  September 18, 2006

JUDGE ANTHONY J. METZ III
U.S. BANKRUPTCY COURT